Michael F. Ram, CSB #104805
mram@rocklawcal.com
Susan S. Brown, CSB #287986
sbrown@rocklawcal.com
**RAM, OLSON, CEREGHINO & KOPCZYNSKI LLP**
101 Montgomery Street, Suite 1800
San Francisco, California  94104
Telephone:  (415) 433-4949
Facsimile:  (415) 433-7311

[Additional Counsel Listed On Signature Page]

Attorneys for Plaintiffs

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
9/7/2016

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA TANYA JAMES, ALEXANDRA GROFFSKY and EMMA GROFFSKY individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>FRUIT OF THE EARTH, INC., a Texas Corporation,<br><br>　　　　　　Defendant. | Case No: 4:16-cv-03014-YGR<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs LaTanya James, Alexandra Groffsky, and Emma Groffsky voluntarily dismiss without prejudice the above entitled action against Defendant Fruit of the Earth, Inc.

Dated: September 1, 2016　　　　　　　　**RAM, OLSON, CEREGHINO & KOPCZYNSKI**

　　　　　　　　　　　　　　　　　　By:　/s/ Michael F. Ram
　　　　　　　　　　　　　　　　　　　　　Michael F. Ram, CSB #104805

101 Montgomery Street, Suite 1800
San Francisco, California  94104
Telephone:  (415) 433-4949
Facsimile:  (415) 433-7311
mram@rocklawcal.com

Jonathan N. Shub CSB #237708
**KOHN, SWIFT & GRAF, P.C.**
One South Broad Street
Suite 2100
Philadelphia, PA 19107
(215) 238-1700
jshub@kohnswift.com

Nick Suciu III (*Pro Hac Vice* Application Forthcoming)
**BARBAT, MANSOUR & SUCIU PLLC**
1644 Bracken Rd.
Bloomfield Hills, Michigan 48302
(313) 303-3472
nicksuciu@bmslawyers.com

Jason Thompson (*Pro Hac Vic* Application Forthcoming)
Lance Young (*Pro Hac Vice* Application Forthcoming)
**SOMMERS SCHWARTZ P.C.**
One Towne Square, 17th Floor
Southfield, Michigan 48076
(248) 355-0300
jthompson@sommerspc.com
lyoung@sommerspc.com

Rachel Soffin (*Pro Hac Vice* Application Forthcoming)
**Morgan & Morgan Complex Litigation Group**
201 North Franklin Street
7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505
Facsimile:  (813) 223-5402
RSoffin@ForThePeople.com

Gregory F. Coleman (*Pro Hac Vice* Application Forthcoming)

2

Case No: 3:16-cv-03014-MEJ
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Greg Coleman Law, P.C.**
First Tennessee Plaza
800 S. Gay Street
Suite 1100
Knoxville, TN 37929
Telephone: (865) 247-0090
Facsimile: (865) 522-0049
greg@gregcoleman.law

*Attorneys for Plaintiffs and the Putative Class*

3

Case No: 3:16-cv-03014-MEJ
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE